Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff
JAMES SHAYLER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>AVTAR SINGH DHILLON, an individual; HERIBERTO GONZALEZ and FELISITAS GONZALEZ, individually and as trustees of the GONZALEZ FAMILY TRUST UNDER INSTRUMENT DATED SEPTEMBER 19, 1996; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 8:21-cv-00550-JLS-JDE<br><br>Hon. Josephine L. Staton<br><br>**AMENDED NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES**<br><br>Complaint Filed: March 24, 2021<br><br>Trial Date: None Set |

NOTICE OF SETTLEMENT

1  The Plaintiff hereby notifies the Court that a global settlement has been reached in the above-captioned case and the Parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Voluntary Dismissal with prejudice, as to all parties, will be filed within 45 days.

Dated: April 30, 2021　　　　　　　　　　　　**MANNING LAW, APC**

By:　*/s/ Joseph R. Manning, Jr. Esq.*
　　　Joseph R. Manning, Jr., Esq.
　　　Attorneys for Plaintiff
　　　James Shayler

NOTICE OF SETTLEMENT